Filing # 108437116 E-Filed 06/05/2020 10:26:12 AM

|  |  |
|---|---|
|  | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA |
|  | CASE NO:<br>DIVISION: |
| NAILYA HARNISCH AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DENNIS J. HARNISCH, |  |
| Plaintiff, |  |
| v. |  |
| WAL-MART STORES EAST, LP, |  |
| Defendant.<br>_____ / |  |

## COMPLAINT

Plaintiff, NAILYA HARNISCH AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DENNIS J. HARNISCH, sues Defendant, WAL-MART STORES EAST, LP (hereafter "WAL-MART"), and alleges:

1.  This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. NAILYA HARNISCH is duly appointed, qualified, and acting as Personal Representative of the Estate of DENNIS J. HARNISCH, Decedent (see Exhibit "A") and as such, is the duly qualified individual to bring this action.

3. At the time of the Decedent, DENNIS J. HARNISCH'S demise, NAILYA HARNISCH, was the wife of DENNIS J. HARNISCH.

4. At all times material to this action, Plaintiff, NAILYA HARNISCH, was a natural person residing in Duval County, Florida.

5. At all times material hereto, including December 9, 2019, Defendant, WAL-MART, was and remains a corporation:

   a) operating, conducting, engaging in or carrying on a business or business venture in this State or having an office or agency in this state; and/or

   b) engaged in substantial and not isolated activity within this state.

6. At all times material hereto, Defendant, WAL-MART, was the owner and/or operator of the business WAL-MART and adjacent parking lot located at 13490 Beach Boulevard, Jacksonville, Duval County, Florida (which, hereafter, may be referred to as the "premises" or the "subject premises"), said business being open to the general public, including the Plaintiff herein.

7. At all times material hereto, including December 9, 2019, DENNIS J. HARNISCH was a business invitee lawfully upon the premises of the Defendant, WAL-MART, who owed DENNIS J. HARNISCH a duty to exercise reasonable care for his safety.

8. While on the premises, on December 9, 2019, DENNIS J. HARNISCH, was hit with a vehicle owned and operated by Eileen Scheller Olson, while traversing a crosswalk located in the parking lot of the subject premises. DENNIS J. HARNISCH died six days later

due to injuries sustained when he was struck by said vehicle in the parking lot of the subject premises.

9. At said time and place, Defendant, WAL-MART, owed DENNIS J. HARNISCH a duty to take reasonable actions to prevent injury to his body such as that which occurred.

10. At said time and place, Defendant, WAL-MART, breached its duty owed to DENNIS J. HARNISCH by committing one or more or the following omissions or commissions:

    a) Negligently permitting speeding through the subject parking lot thus creating a hazard to guests utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

    b) Negligently failing to warn or adequately warn the Plaintiff of the danger of the premises created by speeding vehicles in the parking lot, when Defendant, WAL-MART, knew or through the exercise of reasonable care should have known of speeding vehicles in the parking lot was a regular occurrence, and that Plaintiff was unaware of same; and

    c) Negligently failing to maintain the parking lot of the premises in a reasonably safe condition by:

        i. Failing to post appropriate signage warning drivers of pedestrian crossings;

        ii. Failing to post stop signs where appropriate to protect pedestrians traversing the parking lot;

        iii. Failing to install speed control mechanisms to protect pedestrians traversing the parking lot; and/or

      iv. Otherwise failing to maintain the parking lot of the premises in a reasonably safe condition.

11. As a direct and proximate result of the above-described negligence, while DENNIS J. HARNISCH was visiting Defendant, WAL-MART's, business, he was struck and killed while traversing a crosswalk by a speeding vehicle.

12. As a direct and proximate result of the death of DENNIS J. HARNISCH, the Estate of DENNIS J. HARNISCH and his statutory survivors claim the following damages against Defendant, WAL-MART:

    a) ESTATE OF DENNIS J. HARNISCH claims the following damages:

      i. Medical and/or funeral expenses due to the decedent's injury or death;

      ii. The loss of the prospective net accumulations of the decedent, DENNIS J. HARNISCH, and/or his Estate which might reasonably have been expected but for his wrongful death;

    b) NAILYA HARNISCH claims the following damages, including into the future:

      i. Mental pain and suffering and loss of her husband's support, services, comfort, companionship, protection and society, and whatever she would have received from her husband or his estate at his death, had he lived out a normal life, and if she would have survived him; and

      ii. Medical and/or funeral expenses.

WHEREFORE, NAILYA HARNISCH AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DENNIS J. HARNISCH, sues the Defendant, WAL-MART STORES EAST, LP, for damages and demands judgement for damages against Defendant, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiff, NAILYA HARNISCH AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DENNIS J. HARNISCH, demands trial by jury on all issues so triable.

**RESPECTFULLY** submitted this 5th day of June, 2020.

        **MORGAN & MORGAN, P.A.**

        */s/ Sarah A. Foster*
        **SARAH A. FOSTER, ESQ.**
        FL Bar No.: 0115462
        76 South Laura Street, Suite 1100
        Jacksonville, FL 32202
        Telephone: (904) 361-4442
        Facsimile: (904) 366-7677
        Primary e-mail: sarahfoster@forthepeople.com
        Secondary e-mail: aperry@forthepeople.com
        *Attorneys for Plaintiff*

# EXHIBIT A

FILED MAY/04/20 PM12:01 FUSSELL

IN THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

PROBATE DIVISION   PR A

Case No.: 16-2020-CP-000808-MA

IN RE: ESTATE OF
DENNIS J. HARNISCH

Deceased.
_____/

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, **DENNIS J. HARNISCH**, a resident of Duval County, Florida, died on December 15, 2019, owning assets in the State of Florida, and

WHEREAS, **NAILYA I. HARNISCH** has been appointed personal representative of the estate of the decedent and has performed all acts perquisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare **NAILYA I. HARNISCH** duly qualified under the laws of the State of Florida to act as personal representative of the estate of **DENNIS J. HARNISCH**, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _____April 28_____, 2020.

_____
Circuit Judge

Page 1 of 1