United States District Court
Middle District of Florida
Jacksonville Division

NAILYA HARNISCH AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF DENNIS J. HARNISCH,

    *Plaintiff,*

V.                                                            NO. 3:20-CV-1271-J-20PDB

WAL-MART STORES EAST, LP,

    *Defendant.*

## Order

Before removal of this action, the defendant had filed in state court a motion to compel discovery responses, Doc. 5.

Local Rule 4.02(c) provides, "When a case is removed to this Court with pending motions on which briefs or legal memoranda have not been submitted, the moving party shall file and serve a supporting brief within fourteen (14) days after the removal in accordance with Rule 3.01(a) of these rules[.]"

The defendant has not filed a supporting brief. The Court therefore **denies** the motion, Doc. 5, without prejudice to seeking the discovery through a motion and memorandum of law applying the Federal Rules of Civil Procedure and Local Rules.

**Ordered** in Jacksonville, Florida, on November 24, 2020.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*